**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-35799-SPS |
| | § | |
| GEORGE J. LAPIANA | § | |
| SHERRY L LAPIANA | § | |
| | § | |
| | § | |
| Debtors | § | |

**TRUSTEE'S FINAL REPORT**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 09/26/2009. The undersigned trustee was appointed on 09/26/2009.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                                             $2,000.54

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $0.00 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $2,000.54 |

    The remaining funds are available for distribution.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rate to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 03/30/2010 and the deadline for filing government claims was 03/30/2010. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $500.14. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $500.14, for a total compensation of $500.14[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $60.78, for total expenses of $60.78.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/28/2010            By:   /s/ David P. Leibowitz
                                  Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher that the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| **Case No.:** | 09-35799-SPS | **Trustee Name:** | David Leibowitz |
| **Case Name:** | LAPIANA, GEORGE J. AND LAPIANA, SHERRY L | **Date Filed (f) or Converted (c):** | 09/26/2009 (f) |
| **For the Period Ending:** | 10/28/2010 | **§341(a) Meeting Date:** | 11/04/2009 |
| | | **Claims Bar Date:** | 03/30/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1 Residence 16332 S. 67th Court Entirety, Tinley P | $230,000.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 2 checking accounts | $100.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 3 savings account in banks, savings and loan, buil | $238.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 4 miscellaneous household goods and furnishings au | $2,500.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 5 necessary wearing apparel | $300.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 6 ecessary wearing apparel | $250.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 7 nonvoting shares in Complete Personnel Logistics | $0.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 8 2009 Jeep Wrangler | $24,000.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 9 Timeshare | $2,500.00 | $0.00 | | $2,000.00 | FA |
| INT Interest Earned (u) | Unknown | Unknown | | $0.54 | Unknown |

**TOTALS (Excluding unknown value)**     **Gross Value of Remaining Assets**

$259,888.00    $0.00        $2,000.54    $0.00

**Major Activities affecting case closing:**
    Debtor to purchase Timeshare from Estate

**Initial Projected Date Of Final Report (TFR):** 12/31/2010
**Current Projected Date Of Final Report (TFR):** 12/31/2010

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| **Case No.** | 09-35799-SPS | |
| **Case Name:** | LAPIANA, GEORGE J. AND LAPIANA, SHERRY L | |
| **Primary Taxpayer ID #:** | ******6748 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 9/26/2009 | |
| **For Period Ending:** | 10/28/2010 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | The Bank of New York Mellon |
| **Money Market Acct #:** | ******6865 |
| **Account Title:** | Money Market Account |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 04/06/2010 | | Wire in from JPMorgan Chase Bank, N.A. account | Wire in from JPMorgan Chase Bank, N.A. account ********6865 | 9999-000 | $800.04 | | $800.04 |
| 04/07/2010 | (9) | George Lapiana | 3rd payment out of 5 | 1110-000 | $400.00 | | $1,200.04 |
| 04/22/2010 | (9) | George Lapiana | 4th payment out of 5 | 1110-000 | $400.00 | | $1,600.04 |
| 04/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $0.05 | | $1,600.09 |
| 05/26/2010 | (9) | George J Lapiana | 5th payment out of 5 | 1110-000 | $400.00 | | $2,000.09 |
| 05/28/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $0.10 | | $2,000.19 |
| 06/25/2010 | (INT) | Bank of New York Mellon | Interest | 1270-000 | $0.09 | | $2,000.28 |
| 06/25/2010 | | Sterling Bank | Transfer Funds | 9999-000 | | $2,000.28 | $0.00 |
| | | | **TOTALS:** | | $2,000.28 | $2,000.28 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $800.04 | $2,000.28 | |
| | | | **Subtotal** | | $1,200.24 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $1,200.24 | $0.00 | |

| **For the period of 9/26/2009 to 10/28/2010** | | **For the entire history of the account between 04/06/2010 to 10/28/2010** | |
|---|---|---|---|
| Total Compensable Receipts: | $1,200.24 | Total Compensable Receipts: | $1,200.24 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,200.24 | Total Comp/Non Comp Receipts: | $1,200.24 |
| Total Internal/Transfer Receipts: | $800.04 | Total Internal/Transfer Receipts: | $800.04 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $2,000.28 | Total Internal/Transfer Disbursements: | $2,000.28 |

Page No: 2
Case 09-35799  Doc 26  Filed 10/28/10  Entered 10/28/10 11:20:20  Desc Main
FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD
Document      Page 5 of 10
Exhibit B

| Case No. | 09-35799-SPS | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | LAPIANA, GEORGE J. AND LAPIANA, SHERRY L | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | ******6748 | | Money Market Acct #: | ******6865 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Money Market Account |
| For Period Beginning: | 9/26/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/28/2010 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/26/2010 | (9) | George Lapiana | 1st payment out of 5 | 1110-000 | $400.00 | | $400.00 |
| 02/26/2010 | (9) | George Lapiana | 2nd payment out of 5 | 1110-000 | $400.00 | | $800.00 |
| 02/26/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.01 | | $800.01 |
| 03/31/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.03 | | $800.04 |
| 04/06/2010 | | Wire out to BNYM account ********6865 | Wire out to BNYM account ********6865 | 9999-000 | ($800.04) | | $0.00 |
| | | | **TOTALS:** | | $0.00 | $0.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | ($800.04) | $0.00 | |
| | | | **Subtotal** | | $800.04 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $800.04 | $0.00 | |

| For the period of 9/26/2009 to 10/28/2010 | | For the entire history of the account between 01/26/2010 to 10/28/2010 | |
|---|---|---|---|
| Total Compensable Receipts: | $800.04 | Total Compensable Receipts: | $800.04 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $800.04 | Total Comp/Non Comp Receipts: | $800.04 |
| Total Internal/Transfer Receipts: | ($800.04) | Total Internal/Transfer Receipts: | ($800.04) |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

| **Case No.** | 09-35799-SPS | | **Trustee Name:** | David Leibowitz |
|---|---|---|---|---|
| **Case Name:** | LAPIANA, GEORGE J. AND LAPIANA, SHERRY L | | **Bank Name:** | Sterling Bank |
| **Primary Taxpayer ID #:** | ******6748 | | **Money Market Acct #:** | ******5799 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | MMA |
| **For Period Beginning:** | 9/26/2009 | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 10/28/2010 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 06/25/2010 | | Bank of New York Mellon | Transfer Funds | 9999-000 | $2,000.28 | | $2,000.28 |
| 06/30/2010 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.02 | | $2,000.30 |
| 07/30/2010 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.08 | | $2,000.38 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.08 | | $2,000.46 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.08 | | $2,000.54 |
| | | | **TOTALS:** | | $2,000.54 | $0.00 | $2,000.54 |
| | | | **Less: Bank transfers/CDs** | | $2,000.28 | $0.00 | |
| | | | **Subtotal** | | $0.26 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.26 | $0.00 | |

| **For the period of 9/26/2009 to 10/28/2010** | | **For the entire history of the account between 06/25/2010 to 10/28/2010** | |
|---|---|---|---|
| Total Compensable Receipts: | $0.26 | Total Compensable Receipts: | $0.26 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.26 | Total Comp/Non Comp Receipts: | $0.26 |
| Total Internal/Transfer Receipts: | $2,000.28 | Total Internal/Transfer Receipts: | $2,000.28 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| **Case No.** | 09-35799-SPS | |
| **Case Name:** | LAPIANA, GEORGE J. AND LAPIANA, SHERRY L | |
| **Primary Taxpayer ID #:** | ******6748 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 9/26/2009 | |
| **For Period Ending:** | 10/28/2010 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Sterling Bank |
| **Money Market Acct #:** | ******5799 |
| **Account Title:** | MMA |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $2,000.54 | $0.00 | $2,000.54 |

**For the period of 9/26/2009 to 10/28/2010**

| | |
|---|---|
| Total Compensable Receipts: | $2,000.54 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,000.54 |
| Total Internal/Transfer Receipts: | $2,000.28 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $2,000.28 |

**For the entire history of the case between 09/26/2009 to 10/28/2010**

| | |
|---|---|
| Total Compensable Receipts: | $2,000.54 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,000.54 |
| Total Internal/Transfer Receipts: | $2,000.28 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $2,000.28 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:      09-35799-SPS
Case Name:     GEORGE J. LAPIANA
               SHERRY L LAPIANA
Trustee Name:  David P. Leibowitz

Balance on hand:           $2,000.54

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:      $0.00
Remaining balance:                      $2,000.54

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $500.14 | $0.00 | $500.14 |
| David P. Leibowitz, Trustee Expenses | $60.78 | $0.00 | $60.78 |

Total to be paid for chapter 7 administrative expenses:    $560.92
Remaining balance:                                       $1,439.62

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses:   $0.00
Remaining balance:                                        $1,439.62

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims:       $0.00
Remaining balance:                      $1,439.62

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $83,779.93 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | $1,901.57 | $0.00 | $32.67 |
| 2 | Chase Bank USA, N.A. | $5,289.55 | $0.00 | $90.89 |
| 3 | Chase Bank USA, N.A. | $1,030.00 | $0.00 | $17.70 |
| 4 | PYOD LLC its successors and assigns as assignee of Citibank | $12,519.10 | $0.00 | $215.12 |
| 5 | PYOD LLC its successors and assigns as assignee of Citibank | $26,989.99 | $0.00 | $463.78 |
| 6 | Fia Card Services, NA/Bank of America | $7,492.05 | $0.00 | $128.74 |
| 7 | Fia Card Services, NA/Bank of America | $28,557.67 | $0.00 | $490.72 |

Total to be paid to timely general unsecured claims: $1,439.62
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |