UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | Case No. 09-35799-SPS |
|---|---|---|
| | § | |
| GEORGE J. LAPIANA | § | |
| SHERRY L LAPIANA | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $259,888.00 | Assets Exempt: | $38,388.00 |
| Total Distributions to Claimants: | $1,439.78 | Claims Discharged Without Payment: | $166,166.77 |
| Total Expenses of Administration: | $560.92 | | |

3) Total gross receipts of $2,000.70 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $2,000.70 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $260,816.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $560.92 | $560.92 | $560.92 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $83,826.62 | $83,779.93 | $83,779.93 | $1,439.78 |
| **Total Disbursements** | $344,642.62 | $84,340.85 | $84,340.85 | $2,000.70 |

4). This case was originally filed under chapter 7 on 09/26/2009. The case was pending for 20 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/02/2011     By:  /s/ David P. Leibowitz
                                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| Timeshare | 1110-000 | $2,000.00 |
| Interest Earned | 1270-000 | $0.70 |
| **TOTAL GROSS RECEIPTS** | | **$2,000.70** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Home Finance | 4110-000 | $34,447.00 | NA | $0.00 | $0.00 |
| | Chase Home Finance | 4110-000 | $199,374.00 | NA | $0.00 | $0.00 |
| | US Bank | 4110-000 | $26,995.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$260,816.00** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $500.14 | $500.14 | $500.14 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $60.78 | $60.78 | $60.78 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$560.92** | **$560.92** | **$560.92** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | Chase Bank USA, N.A. | 7100-000 | NA | $5,289.55 | $5,289.55 | $90.90 |
| 6 | Fia Card Services, NA/Bank of America | 7100-000 | NA | $7,492.05 | $7,492.05 | $128.75 |
| | Bank Of America | 7100-000 | $28,419.47 | NA | NA | $0.00 |
| | Bank Of America | 7100-000 | $3,424.28 | NA | NA | $0.00 |
| | Cardmember Service | 7100-000 | $1,362.93 | NA | NA | $0.00 |
| | Chase | 7100-000 | $1,832.00 | NA | NA | $0.00 |
| | Chase Bank USA, N.A. | 7100-000 | $0.00 | $1,901.57 | $1,901.57 | $32.69 |
| | Chase Bank USA, N.A. | 7100-000 | $0.00 | $1,030.00 | $1,030.00 | $17.70 |
| | Citi (South Dakota) NA | 7100-000 | $12,428.08 | NA | NA | $0.00 |
| | Citi Cards | 7100-000 | $26,244.86 | NA | NA | $0.00 |
| | Fia Card Services, NA/Bank of America | 7100-000 | $0.00 | $28,557.67 | $28,557.67 | $490.77 |
| | PYOD LLC its successors and assigns as assignee of Citibank | 7100-000 | $0.00 | $12,519.10 | $12,519.10 | $215.14 |
| | PYOD LLC its successors and assigns as assignee of Citibank | 7100-000 | $0.00 | $26,989.99 | $26,989.99 | $463.83 |
| | Toyota Motor Credit Corp | 7100-000 | $10,115.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $83,826.62 | $83,779.93 | $83,779.93 | $1,439.78 |

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**

Page No: 1

Exhibit 8

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 09-35799-SPS | **Trustee Name:** | David Leibowitz |
| **Case Name:** | LAPIANA, GEORGE J. AND LAPIANA, SHERRY L | **Date Filed (f) or Converted (c):** | 09/26/2009 (f) |
| **For the Period Ending:** | 5/2/2011 | **§341(a) Meeting Date:** | 11/04/2009 |
| | | **Claims Bar Date:** | 03/30/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Residence 16332 S. 67th Court Entirety, Tinley P | $230,000.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 2 | checking accounts | $100.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 3 | savings account in banks, savings and loan, buil | $238.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 4 | miscellaneous household goods and furnishings au | $2,500.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 5 | necessary wearing apparel | $300.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 6 | ecessary wearing apparel | $250.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 7 | nonvoting shares in Complete Personnel Logistics | $0.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 8 | 2009 Jeep Wrangler | $24,000.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 9 | Timeshare | $2,500.00 | $0.00 | DA | $2,000.00 | FA |
| INT | Interest Earned (u) | Unknown | Unknown | | $0.70 | FA |

**TOTALS (Excluding unknown value)**                                                                             **Gross Value of Remaining Assets**

$259,888.00          $0.00                                           $2,000.70          $0.00

**Major Activities affecting case closing:**
Debtor to purchase Timeshare from Estate

**Initial Projected Date Of Final Report (TFR):** 12/31/2010              /s/ DAVID LEIBOWITZ
**Current Projected Date Of Final Report (TFR):** 12/31/2010              DAVID LEIBOWITZ

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 09-35799-SPS | **Trustee Name:** David Leibowitz |
| **Case Name:** | LAPIANA, GEORGE J. AND LAPIANA, SHERRY L | **Bank Name:** The Bank of New York Mellon |
| **Primary Taxpayer ID #:** | ******6748 | **Money Market Acct #:** ******6865 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** Money Market Account |
| **For Period Beginning:** | 9/26/2009 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 5/2/2011 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/06/2010 | | Wire in from JPMorgan Chase Bank, N.A. account | Wire in from JPMorgan Chase Bank, N.A. account ********6865 | 9999-000 | $800.04 | | $800.04 |
| 04/07/2010 | (9) | George Lapiana | 3rd payment out of 5 | 1110-000 | $400.00 | | $1,200.04 |
| 04/22/2010 | (9) | George Lapiana | 4th payment out of 5 | 1110-000 | $400.00 | | $1,600.04 |
| 04/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $0.05 | | $1,600.09 |
| 05/26/2010 | (9) | George J Lapiana | 5th payment out of 5 | 1110-000 | $400.00 | | $2,000.09 |
| 05/28/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $0.10 | | $2,000.19 |
| 06/25/2010 | (INT) | Bank of New York Mellon | Interest | 1270-000 | $0.09 | | $2,000.28 |
| 06/25/2010 | | Sterling Bank | Transfer Funds | 9999-000 | | $2,000.28 | $0.00 |
| | | | **TOTALS:** | | $2,000.28 | $2,000.28 | $0.00 |
| | | | Less: Bank transfers/CDs | | $800.04 | $2,000.28 | |
| | | | **Subtotal** | | $1,200.24 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $1,200.24 | $0.00 | |

| For the period of 9/26/2009 to 5/2/2011 | | For the entire history of the account between 04/06/2010 to 5/2/2011 | |
|---|---|---|---|
| Total Compensable Receipts: | $1,200.24 | Total Compensable Receipts: | $1,200.24 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,200.24 | Total Comp/Non Comp Receipts: | $1,200.24 |
| Total Internal/Transfer Receipts: | $800.04 | Total Internal/Transfer Receipts: | $800.04 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $2,000.28 | Total Internal/Transfer Disbursements: | $2,000.28 |

Case 09-35799 Doc 32 Filed 07/14/11 Entered 07/14/11 15:25:13 Desc Main Document Page 7 of 10

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 09-35799-SPS | **Trustee Name:** David Leibowitz |
| **Case Name:** | LAPIANA, GEORGE J. AND LAPIANA, SHERRY L | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| **Primary Taxpayer ID #:** | ******6748 | **Money Market Acct #:** ******6865 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** Money Market Account |
| **For Period Beginning:** | 9/26/2009 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 5/2/2011 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 01/26/2010 | (9) | George Lapiana | 1st payment out of 5 | 1110-000 | $400.00 | | $400.00 |
| 02/26/2010 | (9) | George Lapiana | 2nd payment out of 5 | 1110-000 | $400.00 | | $800.00 |
| 02/26/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.01 | | $800.01 |
| 03/31/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.03 | | $800.04 |
| 04/06/2010 | | Wire out to BNYM account ********6865 | Wire out to BNYM account ********6865 | 9999-000 | ($800.04) | | $0.00 |
| | | | **TOTALS:** | | $0.00 | $0.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | ($800.04) | $0.00 | |
| | | | **Subtotal** | | $800.04 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $800.04 | $0.00 | |

| **For the period of 9/26/2009 to 5/2/2011** | | **For the entire history of the account between 01/26/2010 to 5/2/2011** | |
|---|---|---|---|
| Total Compensable Receipts: | $800.04 | Total Compensable Receipts: | $800.04 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $800.04 | Total Comp/Non Comp Receipts: | $800.04 |
| Total Internal/Transfer Receipts: | ($800.04) | Total Internal/Transfer Receipts: | ($800.04) |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 09-35799-SPS | |
| **Case Name:** | LAPIANA, GEORGE J. AND LAPIANA, SHERRY L | |
| **Primary Taxpayer ID #:** | ******6748 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 9/26/2009 | |
| **For Period Ending:** | 5/2/2011 | |

| | | |
|---|---|---|
| **Trustee Name:** | David Leibowitz | |
| **Bank Name:** | Sterling Bank | |
| **Checking Acct #:** | ******5799 | |
| **Account Title:** | | |
| **Blanket bond (per case limit):** | $5,000,000.00 | |
| **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/29/2010 | | Transfer From: #******5799 | | 9999-000 | $2,000.70 | | $2,000.70 |
| 11/29/2010 | 2001 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $60.78 | $1,939.92 |
| 11/29/2010 | 2002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $500.14 | $1,439.78 |
| 11/29/2010 | 2003 | Chase Bank USA, N.A. | Claim #: 1; Amount Claimed: 1,901.57; Amount Allowed: 1,901.57; Distribution Dividend: 1.72; | 7100-000 | | $32.69 | $1,407.09 |
| 11/29/2010 | 2004 | Chase Bank USA, N.A. | Claim #: 2; Amount Claimed: 5,289.55; Amount Allowed: 5,289.55; Distribution Dividend: 1.72; | 7100-000 | | $90.90 | $1,316.19 |
| 11/29/2010 | 2005 | Chase Bank USA, N.A. | Claim #: 3; Amount Claimed: 1,030.00; Amount Allowed: 1,030.00; Distribution Dividend: 1.72; | 7100-000 | | $17.70 | $1,298.49 |
| 11/29/2010 | 2006 | PYOD LLC its successors and assigns as assignee of | Claim #: 4; Amount Claimed: 12,519.10; Amount Allowed: 12,519.10; Distribution Dividend: 1.72; | 7100-000 | | $215.14 | $1,083.35 |
| 11/29/2010 | 2007 | PYOD LLC its successors and assigns as assignee of | Claim #: 5; Amount Claimed: 26,989.99; Amount Allowed: 26,989.99; Distribution Dividend: 1.72; | 7100-000 | | $463.83 | $619.52 |
| 11/29/2010 | 2008 | Fia Card Services, NA/Bank of America | Claim #: 6; Amount Claimed: 7,492.05; Amount Allowed: 7,492.05; Distribution Dividend: 1.72; | 7100-000 | | $128.75 | $490.77 |
| 11/29/2010 | 2009 | Fia Card Services, NA/Bank of America | Claim #: 7; Amount Claimed: 28,557.67; Amount Allowed: 28,557.67; Distribution Dividend: 1.72; | 7100-000 | | $490.77 | $0.00 |
| | | | **TOTALS:** | | $2,000.70 | $2,000.70 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $2,000.70 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $2,000.70 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $2,000.70 | |

| For the period of 9/26/2009 to 5/2/2011 | | For the entire history of the account between 11/29/2010 to 5/2/2011 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $2,000.70 | Total Internal/Transfer Receipts: | $2,000.70 |
| | | | |
| Total Compensable Disbursements: | $2,000.70 | Total Compensable Disbursements: | $2,000.70 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,000.70 | Total Comp/Non Comp Disbursements: | $2,000.70 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

Case 09-35799   Doc 32   Filed 07/14/11   Entered 07/14/11 15:25:13   Desc Main
Document      Page 9 of 10

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 09-35799-SPS | |
| **Case Name:** | LAPIANA, GEORGE J. AND LAPIANA, SHERRY L | |
| **Primary Taxpayer ID #:** | ******6748 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 9/26/2009 | |
| **For Period Ending:** | 5/2/2011 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Sterling Bank |
| **Money Market Acct #:** | ******5799 |
| **Account Title:** | MMA |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 06/25/2010 | | Bank of New York Mellon | Transfer Funds | 9999-000 | $2,000.28 | | $2,000.28 |
| 06/30/2010 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.02 | | $2,000.30 |
| 07/30/2010 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.08 | | $2,000.38 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.08 | | $2,000.46 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.08 | | $2,000.54 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.08 | | $2,000.62 |
| 11/29/2010 | (INT) | Sterling Bank | Account Closing Interest As Of 11/29/2010 | 1270-000 | $0.08 | | $2,000.70 |
| 11/29/2010 | | Transfer To: #******5799 | | 9999-000 | | $2,000.70 | $0.00 |
| | | | **TOTALS:** | | $2,000.70 | $2,000.70 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $2,000.28 | $2,000.70 | |
| | | | **Subtotal** | | $0.42 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.42 | $0.00 | |

**For the period of 9/26/2009 to 5/2/2011**

| | |
|---|---|
| Total Compensable Receipts: | $0.42 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.42 |
| Total Internal/Transfer Receipts: | $2,000.28 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $2,000.70 |

**For the entire history of the account between 06/25/2010 to 5/2/2011**

| | |
|---|---|
| Total Compensable Receipts: | $0.42 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.42 |
| Total Internal/Transfer Receipts: | $2,000.28 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $2,000.70 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | |
|---|---|---|---|
| **Case No.** | 09-35799-SPS | **Trustee Name:** | David Leibowitz |
| **Case Name:** | LAPIANA, GEORGE J. AND LAPIANA, SHERRY L | **Bank Name:** | Sterling Bank |
| **Primary Taxpayer ID #:** | ******6748 | **Money Market Acct #:** | ******5799 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | MMA |
| **For Period Beginning:** | 9/26/2009 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 5/2/2011 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $2,000.70 | $2,000.70 | $0.00 |

**For the period of 9/26/2009 to 5/2/2011**

| | |
|---|---|
| Total Compensable Receipts: | $2,000.70 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,000.70 |
| Total Internal/Transfer Receipts: | $4,000.98 |
| | |
| Total Compensable Disbursements: | $2,000.70 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,000.70 |
| Total Internal/Transfer Disbursements: | $4,000.98 |

**For the entire history of the case between 09/26/2009 to 5/2/2011**

| | |
|---|---|
| Total Compensable Receipts: | $2,000.70 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,000.70 |
| Total Internal/Transfer Receipts: | $4,000.98 |
| | |
| Total Compensable Disbursements: | $2,000.70 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,000.70 |
| Total Internal/Transfer Disbursements: | $4,000.98 |